IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| ROBIN ALEXANDER WILLIAMS, individually and on behalf of all others similarly situated, | § § § § | |
| *Plaintiff*, | § § | Case No. 1:15-cv-00119-GBL-TCB |
| v. | § § | |
| ELEPHANT INSURANCE COMPANY and ELEPHANT INSURANCE SERVICES, LLC, | § § § | |
| *Defendants*. | § | |

## ORDER

CAME ON FOR CONSIDERATION the Rule 12(b)(1) and Rule 12(b)(6) motion to dismiss [Doc.'s 21-22] filed by Elephant Insurance Company ("Defendant's Motion"). After consideration of Defendant's Motion, the response filed by plaintiff Robin Alexander Williams, the applicable legal authorities, pleadings on file, and all other matters properly before the Court, the Court is of the opinion that Defendant's Motion should be **DENIED**.

IT IS, THEREFORE, **ORDERED** that Defendant's Motion is **DENIED** in its entirety.

It is **SO ORDERED** this _____ day of _____, 2015.

_____
HONORABLE GERALD BRUCE LEE
U.S. DISTRICT JUDGE