IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| ROBIN WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:15-cv-00119-GBL-TCB |
| ) | |
| ELEPHANT INSURANCE COMPANY, *et al.*,) | |
| ) | |
| Defendants. ) | |

## ORDER

THIS MATTER is before the Court on Defendant Elephant Insurance Services, LLC's Motion to Dismiss for Lack of Jurisdiction (Doc. 14), Defendant Elephant Insurance Company's Motion to Dismiss for Lack of Jurisdiction (Doc. 21), and Defendant Elephant Insurance Services, LLC, and Defendant Elephant Insurance Company's Motion to Stay (Doc. 34). For the reasons stated in open court on May 22, 2015, it is hereby

**ORDERED** that Defendants' Motion to Stay is **GRANTED**; it is further

**ORDERED** that the parties shall jointly contact Judge Gerald Bruce Lee's chambers to discuss how they wish to proceed within twenty-one (21) days of the United States Supreme Court's decision in *Gomez v. Campbell-Ewald Co.*, 768 F.3d 871 (9th Cir. 2014), *cert. granted*, 83 U.S.L.W. 3637 (U.S. May 18, 2015) (No. 14-857), and *Robins v. Spokeo, Inc.*, 742 F.3d 409 (9th Cir. 2014), *cert. granted*, 82 U.S.L.W. 3689 (U.S. Apr. 27, 2015) (No. 13-1339); and it is further

**ORDERED** that this case be stricken from the active docket.

IT IS SO ORDERED.

ENTERED this 27th day of May, 2015.

Alexandria, Virginia

T. S. Ellis, III
United States District Judge