UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| ROBIN ALEXANDER WILLIAMS ) <br> Individually and on behalf of all others ) <br> similarly situated, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ELEPHANT INSURANCE COMPANY and ) <br> ELEPHANT INSURANCE SERVICES, LLC, ) <br> ) <br> Defendants. ) | Civil Action No. 1:15-cv-119-GBL-TCB |

## DISMISSAL ORDER

This day came the parties, by counsel, to advise the Court that they have resolved all claims and disputes in this action. Plaintiff has agreed to dismiss his individual claims, with prejudice, against all Defendants.

Accordingly, it is hereby ORDERED, ADJUDGED and DECREED that this action is DISMISSED WITH PREJUDICE in its entirety with respect to Plaintiff's individual claims against all Defendants. The claims, if any, of putative class members are DISMISSED WITHOUT PREJUDICE. Each party shall pay his or its own respective costs including attorneys' fees.

IT IS SO ORDERED.

/s/
Gerald Bruce Lee
United States District Judge

United States District Judge

Date: April 21, 2016